FILED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Greta Faison
4517 7th Street, Northeast
Washington, DC 20017
202-269-0443
Plaintiff,

v.

The Government of the District of Columbia
OAG/Child Support Services Division
1350 Pennsylvania Avenue, Northwest
Washington, DC 20002
Defendant

Case: 1:07-cv-01447
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/10/2007
Description: EMPLOY. DISCRIM.

**JURY ACTION**

## COMPLAINT

1.      Plaintiff, Greta Faison, an employee of the government of the District of Columbia, brings this action to address violations of the Age Discrimination in Employment Act of 1967, for repeated denials of promotions and other economically and psychologically harmful actions taken against her, for which she seeks appropriate relief. Plaintiff asserts that Defendant was motivated by ageist and retaliatory motives.

### Jurisdiction and Venue

2.      This Court has jurisdiction over the claims alleged herein.

3. Proper venue is in this Court as all relevant events alleged herein have occurred within the District of Columbia.

## Parties

4. Plaintiff has been an employee of the Defendant, District of Columbia government, for seven and a half years. Mrs. Faison is a resident of the District of Columbia.

5. Defendant, District of Columbia, is a separate legal entity with responsibility for insuring that its employees have a workplace free of unlawful discrimination.

## Factual Statement

6. Plaintiff Greta Faison is currently employed by the District of Columbia government as a Child Support Enforcement Specialist at the DS-11 level in the Child Support Services Division.

7. Mrs. Faison applied for supervisor position in her specialized unit, Customer Service Unit, where she had worked for six years at the time of application.

8. Mrs. Faison was denied the promotion even though she had always worked on the unit and was deemed highly qualified, so equal to the other applicant that a panel was used to make final decision on supervisor.

9. Mrs. Faison has been denied earned steps and the Intake Supervisor position.

10. Plaintiff was promised by Director Rice an immediate lateral transfer out of the Customer Service Unit, but no action was ever taken by management to

relieve Plaintiff. In fact, Director Rice humiliated Plaintiff in front of her coworkers loudly stating that one of the supervisors had rejected Plaintiff's transfer request, Director Rice said disparagingly in the hearing range of coworker, "Mrs. Faison, -- supervisor said she would not have you working on her unit." The other supervisor who had agreed to the transfer, citing transfer date would be October 1, 2005, after he returned from vacation, never had Plaintiff transferred to his unit either. Consequently, Plaintiff was forced to work under selected supervisor after Plaintiff had voiced apprehension and after it was confirmed by Director Rice and perspective supervisor Plaintiff would be transferred October 1, 2005.

11. Other unit perks such as Team Leader and Customer Complaints Liaison positions were not divulged to Plaintiff by selected supervisor; other unit specialists were informed and were selected even though Mrs. Faison was highly qualified.

12. Plaintiff was told to move to different work cubicle to answer the agency's only Lottery Line even though she preferred not to move. No credit for working Lottery Line or Problem Discovery Notification was acknowledged on plaintiff's evaluation.

13. Such inactions (no. 11. and no. 12., etc.) has contributed to the continual impedance of Plaintiff's career.

14. Approximately 45-50 accumulative hours of leave have be taken from Plaintiff because her arrival time fell within the grace period. Plaintiff worked the whole day but one hour leave was consistently penalized her.

15. The combination of actions by management and the negative behavior from them toward Plaintiff have created a hostile work environment for Plaintiff. Some coworkers are afraid to speak or be associated in any vocational manner with Plaintiff. In fact, Plaintiff was told in a Customer Service Unit meeting that supervisors wanted her not to visit their unit. Plaintiff's visits to other units were work related, often to avoid client complaints directed to respective unit and/or agency.

## Exhaustion of Administrative Remedies

16. Plaintiff properly pursued her discrimination complaint within the government of the District of Columbia and thereafter filed a complaint with Equal Employment Opportunity Commission (EEOC).

17. The United States Equal Employment Opportunity Commission (EEOC) received a timely charge filed by Plaintiff, Charge No. 100-2006-00316C, a Female, age 59, employed by the District of Columbia Office of Attorney General Child Support Services Division, which alleged that the District of Columbia discriminated against her on the basis of age and in retaliation for opposing practices she reasonably believed to be discriminatory.

18. The EEOC investigated the charge and issued Notice of Suit Rights under Title VII of the Civil Rights Act, the Americans with disabilities Act or Age Discrimination in Employment Act. The action is filed within ninety (90) days of receipt of the Notice of Right to Suit.

**Claims**

### Count I

19. Defendant District of Columbia has discriminated against Greta Faison because of her age, 59 years old, in violations of the Age Discrimination in Employment Act, 1967, 29 U.S.C. 621 et seq, and the District of Columbia Human Rights Act among other ways by:

   a. Failing or refusing to promote Mrs. Faison to Supervisory Analyst Customer Service, around July 2005
   b. Failing or refusing to take appropriate action to remedy fully the effects of the discrimination against Mrs. Faison.

### Count II

20. Defendant has discriminated against Mrs. Faison in violation of Section 704(a) of Title VII, 42 U.S.C. 20002-3(a) and the District of Columbia Rights Acts among other ways, by:

a. Subjecting Mrs. Faison to humiliation and harassment that adversely affected the terms, conditions, and privileges of her employment because she opposed the Defendant's discriminatory employment practices that she believed to be

unlawful on the basis of her age, and she filed internal complaint of discrimination and unfair promotion practices with District of Columbia government and EEOC.

b. Failing or refusing to take appropriate action fully to remedy the effects of the discrimination against Mrs. Faison.

## Relief Requested

WHEREFORE, Plaintiff, Greta Faison, respectfully requests that this Court:

1. Issue a declaratory judgment that the acts and practices of Defendants complained of herein have violated the Civil Rights of Plaintiff, Greta Faison;

2. Enjoin the District of Columbia and its directors, officers, agents, employees, successors and all persons in active concert or participation with the City, as appropriate, from failing or refusing to:
    a. Provide sufficient remedial relief to make whole the charging party, Mrs. Faison for the individual loss she has suffered as a result of the discrimination against her as alleged in this complaint;
    b. Adopt and adhere to a clear, meaningful, well-publicized written policy prohibiting discrimination and retaliatory harassment against any District of Columbia employee; and
    c. Take other appropriate nondiscriminatory measures to overcome the effects of the discrimination in this complaint.

3. Award Plaintiff, Greta Faison, a promotion (grade 12 or greater), retroactively to July 2005, with back pay and benefits;

4. Award Mrs. Faison compensatory damages for emotional duress incurred as a result of the discrimination against her as alleged in this complaint, pursuant to and within the statutory limitations of Section 102 of the Civil Rights Act of 1991, 422 U.S.C. 19881a

5. Order Defendant to pay plaintiff's attorney's fees and litigation expenses incurred in this matter; and

6. Order such additional relief as the Court deems proper and just.

## Jury Demand

Plaintiff Greta Faison demands a trial by a jury of her peers for all claims contained herein.

Respectfully submitted,

*Greta Faison*
Greta Faison, PRO SE
4517 7th Street, Northeast
Washington, DC 20017
202 269-0443

EEOC Form 161 (10/96)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Ms. Greta Faison  
4517 7th St., NE  
Washington, DC 20017

From: U.S. Equal Employment Opportunity Commission  
Baltimore Field Office  
10 S. Howard Street, 3rd Floor  
Baltimore, Maryland 21201

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. & Respondent's Name | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2006-00316C   Faison v. DC Government / OAG/CSSD | James P. Norris, Investigator | 410-209-2788 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]    While reasonable efforts were made to locate you, we were not able to do so.

[ ]    You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged.

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Judy W. Cassell /for_  
Gerald S. Kiel, Field Director

MAY 0 9 2007  
*(Date Mailed)*

Enclosure(s)

cc: Mr. Robert Spagnoletti, Attorney General  
Government of the District of Columbia  
One Judiciary Square  
441 4th Street, NW - Suite 1060N  
Washington, DC 20001

07 1447  
**FILED**  
AUG 1 0 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

JS-44
(Rev.1/05 DC)

H
07-1447
RMC

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** Greta Faison

**DEFENDANTS** The Government of the District of Columbia

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __DC__
(EXCEPT IN U.S. PLAINTIFF CASES) /00/

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __DC__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

**JURY ACTION**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se   Greta Faison
4517 7th St, NE   202
Washington, DC   269-0443

Case: 1:07-cv-01447
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/10/2007
Description: EMPLOY. DISCRIM.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. *Antitrust***
☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)*** OR **☐ F. *Pro Se General Civil***

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ☐ G. *Habeas Corpus/* *2255* <br><br>☐ 530 Habeas Corpus-General <br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment* *Discrimination* <br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT* <br><br>☐ 895 Freedom of Information Act <br>☐ 890 Other Statutory Actions (if Privacy Act) <br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan* <br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA* *(non-employment)* <br><br>☐ 710 Fair Labor Standards Act <br>☐ 720 Labor/Mgmt. Relations <br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br>☐ 740 Labor Railway Act <br>☐ 790 Other Labor Litigation <br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights* *(non-employment)* <br><br>☐ 441 Voting (if not Voting Rights Act) <br>☐ 443 Housing/Accommodations <br>☐ 444 Welfare <br>☐ 440 Other Civil Rights <br>☐ 445 American w/Disabilities-Employment <br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br><br>☐ 110 Insurance <br>☐ 120 Marine <br>☐ 130 Miller Act <br>☐ 140 Negotiable Instrument <br>☐ 150 Recovery of Overpayment & Enforcement of Judgment <br>☐ 153 Recovery of Overpayment of Veteran's Benefits <br>☐ 160 Stockholder's Suits <br>☐ 190 Other Contracts <br>☐ 195 Contract Product Liability <br>☐ 196 Franchise | ☐ N. *Three-Judge Court* <br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

See 102 Civil Rights Act of 1991, 422 U.S.C 1988(a); 1967, 29 U.S.C. 621; Sec 764(a) Title VII, 42 U.S.C 20001-3(a); 42 USC 2000 Cause of Action is Age Discrimination and retaliation in Government Employment practices and promotions.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ _____   Check YES only if demanded in complaint JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  NO   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 08-10-07   SIGNATURE OF ATTORNEY OF RECORD  *Greta Jaison, Pro Se*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd