AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Greta Faison
4517 7th Street, Northeast
Washington, DC 20017
202 269-0443

**SUMMONS IN A CIVIL CASE**

V.

The Gov't of the District of Columbia
OAG/Child Support Services Division
1350 Pennsylvania Avenue, Northwest
Washington, DC 20202
202 727-1020

CASE NI

Case: 1:07-cv-01447
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/10/2007
Description: EMPLOY. DISCRIM.

TO: (Name and address of Defendant)

Ine Government of the District of Columbia
OAG/Child Support Services Division
1350 Pennsylvania Avenue, Northwest
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Greta Faison, Pro Se
4517 7th Street, NE
Washington, DC 20017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

AUG 10 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/4/07 @ 11:01 AM |

| | |
|---|---|
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Tonia Robinson, Authorized Representative of the District of Columbia Office of the Attorney General at 441 4th Street NW 6th Fl., Washington, DC 20001

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/5/07
              Date              Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Greta Faison
4517 7th Street, Northeast
Washington, DC 20017
202 269-0443

**SUMMONS IN A CIVIL CASE**

V.

The Gov't of the District of Columbia
OAG/Child Support Services Division
1350 Pennsylvania Avenue, Northwest
Washington, DC 20002
202 727-1020

CASE NU

Case: 1:07-cv-01447
Assigned To : Collyer, Rosemary M.
Assign. Date : 8/10/2007
Description: EMPLOY. DISCRIM.

TO: (Name and address of Defendant)
The Government of the District of Columbia
OAG/Child Support Services Division
1350 Pennsylvania Avenue, Northwest
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Greta Faison, Pro Se
4517 7th Street, NE
Washington, DC 20017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

AUG 10 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 12/4/07 @ 10:30 AM |
| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | **TITLE** Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

XX Other (specify):   Tabbatha Braxton, Authorized Representative of the Honorable Adrian Fenty, Mayor of the District of Columbia at 1350 Pennsylvania Avenue NW #414, Washington, DC 20006

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/5/07___        _____
                Date                    *Signature of Server*

                        Washington Pre-Trial Services, Inc.

                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.