**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GRETA FAISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 07-cv-01447 (RMC)** |
| ) | |
| **THE GOVERNMENT OF THE** ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of David A. Branch and the Law Office of David A. Branch as counsel for Plaintiff Greta Faison.

Respectfully submitted,

By: _____/s/_____

David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify this 23rd day of January 2008, that a copy of the foregoing Notice of Appearance was sent electronically to counsel for Defendant listed below:

Eric Glover
Assistant Attorney General
District of Columbia
441 4th h Street, N.W.

Washington, D.C. 20001

_____/s/_____
David A. Branch