# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**GRETA FAISON,**                )
                                 )
    **Plaintiff,**        )
                                 )
    **v.**               )        **Case No.: 07-cv-01447 (RMC)**
                                 )
**THE GOVERNMENT OF THE**        )
**DISTRICT OF COLUMBIA,**        )
                                 )
    **Defendant.**        )

---

### Plaintiff's Motion for One Week Extension to File Amended Complaint

Comes now the Plaintiff, by and through counsel, and files this motion for one week extension of time to file Amended Complaint.

The court previously entered a scheduling order and permitted Plaintiff until March 17, 2008 to file an amended complaint. Plaintiff requests a one week extension of time to file the amended complaint. Plaintiff's counsel was lead counsel in an employment discrimination trial in the D.C. Superior Court which lasted from March 3 through March 11, 2008, and was scheduled for another week long trial in the D.C. Superior Court beginning on March 17, 2008, which was continued on March 17, 2008. Counsel needs an additional week to complete the amended complaint and have the Plaintiff approve the amended complaint before filing it with the court.

Counsel sought the consent of the Defendant's counsel to the relief requested in this motion, but counsel had not responded at the time this motion was filed.

Wherefore counsel requests that the court grant a one week extension to file the amended complaint.

Respectfully submitted,

By:     */s/ David A. Branch*
        David A. Branch #438764
        Law Office of David A. Branch, P.C.
        1825 Connecticut Avenue, NW #690
        Washington, D.C.  20009
        (202) 785-2805 (phone)
        (202) 785-0289 (facsimile)
        dablaw@erols.com
        Attorney for Plaintiff

### Certificate of Service

I hereby certify this 17th day of March 2008, that a copy of the foregoing Plaintiff's Motion for Extension of Time to File Amended Complaint was sent electronically to counsel for Defendant listed below:

Eric Glover
Assistant Attorney General
District of Columbia
441 4[th h] Street, N.W.
Washington, D.C. 20001

                            */s/ David A. Branch*
                            David A. Branch