IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE GOVERNMENT OF THE ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 07-cv-01447 (RMC) |

**Plaintiff's Motion for One Week Extension to File Rule 26 Expert Designation and Report**

Comes now the Plaintiff, by and through counsel, and files this motion for one week extension of time to file Rule 26 Expert Designation and Report.

The court previously entered a scheduling order and permitted Plaintiff until April 23, 2008 to designate any expert and file a report. Plaintiff requests a one week extension of time to designate her expert and file the expert's report. Plaintiff's counsel is still corresponding with the expert on the report needs an additional week to complete the report and file it with the court.

Counsel sought the consent of the Defendant's counsel to the relief requested in this motion, but counsel had not responded at the time this motion was filed.

Wherefore counsel requests that the court grant a one week extension to designate the expert and file the expert report.

Respectfully submitted,

By:    */s/ David A. Branch*
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 23rd day of April 2008, that a copy of the foregoing Plaintiff's Motion for Extension of Time to Designate Expert and File Expert Report was sent electronically to counsel for Defendant listed below:

Eric Glover
Assistant Attorney General
District of Columbia
441 4th h Street, N.W.
Washington, D.C. 20001

  */s/ David A. Branch*
David A. Branch