IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRETA FAISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07-cv-01447 (RMC) |
| | ) | |
| THE GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**Plaintiff's Rule 26 Expert Designation and Report**

Comes now the Plaintiff, by and through counsel, and files Rule 26 Expert Designation and Report.

Plaintiff designates Bertha N. Jenkins as expert in human resources, and in particular, classification, hiring and staffing. Ms. Jenkins will testify that she has reviewed the relative qualifications of Ms. Faison and the individuals selected for the positions sought by Ms. Faison, and Ms. Faison possessed superior qualifications for the positions sought, and the District of Columbia did not follow applicable merit personnel procedures in the selections for the position sought by Ms. Faison. Plaintiff will supplement this report with a more formal report as discovery reveals additional facts.

Respectfully submitted,

By:  */s/ David A. Branch*
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)

                                        dablaw@erols.com
                                        Attorney for Plaintiff

## Certificate of Service

       I hereby certify this 1st day of May 2008, that a copy of the foregoing Plaintiff's Rule 26 Expert Designation and Report was sent electronically to counsel for Defendant listed below:

Eric Glover
Assistant Attorney General
District of Columbia
441 4th h Street, N.W.
Washington, D.C. 20001

                                        */s/ David A. Branch*
                                        David A. Branch