UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRETA FAISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  07-01447 (RMC) |
| v. | ) | Judge Rosemary Collyer |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFF'S RULE 26(a)(2) STATEMENT**

Defendant District of Columbia ("the District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7, and 12(f), respectfully moves this Honorable Court to strike the plaintiff's Rule 26(a)(2) Statement designating Bertha N. Jenkins as an expert in the above-captioned lawsuit because Plaintiff failed to comply with the mandatory requirements of Rule 26(a)(2).  The expert's report is not written by the expert and does not contain the minimum requirements of Rule 26(a)(2).

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/ Eric S. Glover
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 724-6295

<u>7(m) CERTIFICATION</u>

Pursuant to LCvR 7.1(m), undersigned counsel contacted plaintiff's counsel on May 12, 2008, with regard to this Motion. Plaintiff's counsel, David A. Branch, Esq., did not provide the undersigned with a response.

    /s/ Eric S. Glover
ERIC S. GLOVER [978841]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01447 (RMC) |
| v. ) | Judge Rosemary Collyer |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFF'S RULE 26(a)(2) STATEMENT**

The Defendant District of Columbia ("the District") submits this memorandum of points and authorities in support of its motion, and states as follows:

*Background*

This case involves allegations that the District of Columbia's Office of Child Support Division, discriminated against the plaintiff, due to her age. *See* Complaint, generally. Specifically, the plaintiff alleges that the District failed or refused to promote the plaintiff to a Supervisory Analyst Customer Service position because of her age. *See* Complaint at ¶ 19.

On or about May 1, 2008, the plaintiff designated Bertha N. Jenkins, as an expert pursuant to F.R.C.P. 26(a)(2). *See* Docket # 11. Specifically, according to the Rule 26(a)(2) statement, Ms. Jenkins has been designated to testify:

> that she has reviewed the relative qualifications of Ms. Faison and the individuals selected for the positions sought by Ms. Faison, and Ms. Faison possessed superior qualifications for the positions sought, and the District of Columbia did not follow applicable merit personnel procedures in the selections for the position sought by Ms. Faison.

1

Within the report, plaintiff stated her intention to supplement the 26(a)(2) report with a more detailed report as discovery reveals more facts. *Id.*

*Argument*

I. **THE PLAINTIFF'S RULE 26(a)(2) STATEMENT SHOULD BE STRICKEN, BECAUSE THE PLAINTIFF HAS NOT COMPLIED WITH THE REQUIREMENTS OF RULE 26(a)(2).**

Plaintiff's Statement should be stricken because she has failed to comply with the minimal requirements of Rule 26(a)(2). Rule 26(a)(2) sets forth the requirements for expert statements. It provides that designation of an expert under Rule 26(a)(2) must:

> be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

In this case, other than provide the expert's name and list opinions that may be provided by the expert at trial, plaintiff's Rule 26(a)(2) Statement contains none of the other requirements set forth by Rule 26(a)(2). In fact, the statement is not authored by the purported expert, and does not contain any information regarding Ms. Jenkins' experience, qualifications, publications, or expert testimony history. Because the requirements of Rule 26(a)(2) are mandatory, and plaintiff failed to satisfy those requirements, her 26(a)(2) statement should be stricken from the record, and the expert precluded from serving as an expert in this case, and/or testifying at the trial of this matter.

WHEREFORE, for the foregoing reasons, the defendant District moves this Honorable Court to strike the plaintiff's Rule 26(a)(2) Statement from the record, and preclude the expert from serving as an expert in this case, and testifying at trial.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Section IV

    /s/ Eric S. Glover
    ERIC S. GLOVER [978841]
    Assistant Attorney General
    441 Fourth Street, N.W. Suite 6N04
    Washington, D.C. 20001
    (202) 442-9754; (202) 724-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01447 (RMC) |
| v. ) | Judge Rosemary Collyer |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**O R D E R**

Upon consideration of the defendant District of Columbia's Motion to Strike the Plaintiff's Rule 26(a)(2) Statement, the Memorandum of Points and Authorities attached in support thereof, any opposition thereto, and the entire record herein, it is on this ____ day of _____, 2008, that the Court hereby:

ORDERS that the Motion is GRANTED for the reasons set forth in the motion; and it is,

FURTHER ORDERED: that the Plaintiff's Rule 26(a)(2) Statement is hereby STRICKEN from the record in this case; and it is,

FURTHER ORDERED: that Bertha Jenkins is precluded from serving as an expert in this case or otherwise testifying at the trial of this matter.

_____
The Honorable Judge Rosemary Collyer
United States District Court for the District of Columbia

1