UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREta FAISON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>  )<br>  Defendants.  )<br>_____ ) | Civil Action No. 07-01447 (RMC)<br>Judge Rosemary Collyer |

### MOTION TO ENLARGE TIME FOR DEFENDANT DISTRICT OF COLUMBIA TO RETAIN ITS EXPERT(S) AND TO FILE ITS RULE 26(a)(2) STATEMENT

Defendant District of Columbia (hereinafter "the District"), hereby moves the Court for an enlargement of time to file its Rule 26(a)(2) statement as the District needs additional time to retain its expert(s) and to file expert designations. The District's arguments in support of this motion are more fully discussed in the attached memorandum of points and authorities.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for
the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
PATRICIA A. JONES
Chief, General Litigation Sec. IV

/s/ Eric S. Glover
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

## RULE 7-I CERTIFICATION

I hereby certify that on May 19, 2008, I contacted plaintiff's counsel to obtain his consent to the relief sought in this motion. As of the filing of this motion, Plaintiff's counsel has not contacted me with a response.

/s/ Eric S. Glover
Eric S. Glover
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRETA FAISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  07-01447 (RMC) |
| vi. | ) | Judge Rosemary Collyer |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DISTRICT'S MOTION FOR ENLARGEMENT OF TIME TO RETAIN, FILE AND
SERVE ITS RULE 26(a)(2) STATEMENT**

In support of its motion, the District states as follows:

1.      Plaintiff, Greta Faison, has filed suit against the District of Columbia alleging that she was discriminated and retaliated against due to age during her employment with the District of Columbia.  *See* Complaint, generally.  Specifically, the plaintiff claims that while employed with the District of Columbia as a Child Support Enforcement Specialist in the Child Support Services Division she was denied promotions because of her age. *Iid.*

2.      As per the court's February 14, 2008, initial scheduling order, the plaintiff was to file her Rule 26(a)(2) statement on April 23, 2008, and the District's Rule 26(a)(2) statement is due on May 23, 2008.  *See* Court's Docket at No. 8.  On April 23, 2008, the plaintiff moved this Court to enlarge her time to file her Rule 26(a)(2) statement.  *See* Court's Docket at No. 9.  The Court granted plaintiff's motion and enlarged the time for the plaintiff to file her Rule 26(a)(2) statement to May 1, 2008.  *See* Court's  Docket at No. 10.  On May 1, 2008, the plaintiff filed

her Rule 26(a)(2) statement with the Court and on May 15, 2008, the District moved to Strike the plaintiff's Rule 26(a)(2) Statement as failing to comply with Fed. R. Civ. P. 26(a)(2). *See* Court's Docket at No. 11 and 12. Specifically, plaintiff's Rule 26(a)(2) statement did not contain any of the information required by Fed. R. Civ. P. 26(a). Notably absent from the Statement were any reports written by plaintiff's expert and any information regarding the plaintiff's expert's experience, qualifications, publications, or expert testimony history. *See* Plaintiff's Rule 26(a)(2) statement at Court Docket No. 11. Additionally, the report was not signed by plaintiff's expert as required by Fed. R. Civ. P. (26)(a)(2). *Id.*

      3.      Notwithstanding plaintiff's failure to meet the requirements of Rule 26(a)(2), the District seeks additional time to retain its expert(s) and to file its Rule 26(b)(4) Statement. Plaintiff's belated and inappropriate disclosure delayed the District in its ability to assess plaintiff's retained expert and to determine whether it needs an expert in this case. Out of an abundance of caution, the District seeks additional time to assess whether it needs an expert, based on plaintiff's failure to comply with Rule 26(a)(2), and its pending motion to strike, and to retain its own expert if appropriate. The District seeks an additional thirty (30) to name its expert and/or thirty (30) days after the Court's rules on its motion to strike; whichever date is the latest.

      4.      Fed. R. Civ. P.6(b)(1) provides that:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order …."

      5.      This motion is filed prior to the expiration of the prescribed period for designating

experts, and is for good cause.

      6.     The District believes that it has satisfied its burden under Rules 6(b)(1). Moreover, no party will suffer undue prejudice should the Court grant the District's motion.

     WHEREFORE, the District requests that its motion be granted.

                                 PETER J. NICKLES  
                                 Interim Attorney General for  
                                 the District of Columbia

                                 GEORGE C. VALENTINE  
                                 Deputy Attorney General  
                                 Civil Litigation Division

                                 _____  
                                 PATRICIA A. JONES  
                                 Chief, General Litigation Sec. IV

                                 /s/ Eric S. Glover_____  
                                 ERIC S. GLOVER [889741]  
                                 Assistant Attorney General  
                                 Sixth Floor North  
                                 441 Fourth Street, N.W.  
                                 Washington, D.C. 20001  
                                 (202) 442-9754; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-01447 (RMC) |
| vii. ) | Judge Rosemary Collyer |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
|  ) | |

**ORDER**

Upon consideration of defendant the District Of Columbia's motion for an  enlargement of time to retain its expert(s) and file its Fed. R. Civ. P. (26)(a)(2) Statement, the Memorandum of Points and Authorities filed in support thereof, plaintiff's opposition thereto, if any and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED:  That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED:  that the defendants shall have until June 23,  2008, to file its Fed. R. Civil 26(b)(4) Statement.

                                                                                       _____
                                                                                       Judge Rosemary Collyer
                                                                                       District Court of the District of Columbia

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRETA FAISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-01447 (RMC) |
| viii. | ) | Judge Rosemary Collyer |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant the District Of Columbia's motion for an enlargement of time to retain its expert(s) and file its Fed. R. Civ. P. (26)(a)(2) Statement, the Memorandum of Points and Authorities filed in support thereof, plaintiff's opposition thereto, if any and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: that the defendants shall have until thirty (30) days after the Court rules on the District's Motion to Strike Plaintiff's Expert.

_____
Judge Rosemary Collyer
District Court of the District of Columbia