IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-cv-01447 (RMC) |
| ) | |
| THE GOVERNMENT OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Plaintiff's Motion for Extension to File Response to Defendant's Motion to Strike Plaintiff's Rule 26 Expert Report**

Comes now the Plaintiff, by and through counsel, and files this motion for extension of time to file response to Defendant's motion to strike Plaintiff's Rule 26 Expert Report, and in support thereof states as follows.

Defendant has filed a motion to strike Plaintiff's Rule 26 expert report, arguing that the report is incomplete. Plaintiff requests a two week extension of time to file an opposition to the motion. Over the next ten days week, Counsel has to complete briefs for three dispositive motions, and attend other court commitments, including court hearings, depositions, and client matters, and needs additional time to complete the opposition. Further, Plaintiff's complaint alleges age discrimination in the non selection of two positions she sought which were filled at her agency in the District of Columbia government. Plaintiff has designated a human resources expert who will testify that Plaintiff was substantially better qualified for the positions she was denied. Plaintiff designated the expert and provided a preliminary report. A preliminary report was filed based on information available to the Plaintiff which was provided to the

expert. Plaintiff provided information on her background and experience in comparison to the selectees and information which she knows about the selectees, but did not have the employment applications of the selectees, which has been requested in discovery. Discovery is ongoing in this matter and within one week the expert should have all information needed to prepare a final report. Within two weeks a final report should be available, and this may render the Defendant's motion to strike moot.

Counsel sought the consent of the Defendant's counsel to the relief requested in this motion, but counsel had not responded at the time this motion was filed.

Wherefore counsel requests that the court grant a two week extension to file an opposition to Defendant's motion to strike her Rule 26 expert report.

Respectfully submitted,

By:     /s/ David A. Branch
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 29th day of May 2008, that a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion to Strike Plaintiff's Rule 26 Expert Report was sent electronically to counsel for Defendant listed below:

Eric Glover
Assistant Attorney General

District of Columbia
441 4<sup>th h</sup> Street, N.W.
Washington, D.C. 20001

                                                            */s/ David A. Branch*
                                                            David A. Branch