UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-01447 (RMC) |
| v. ) | Judge Rosemary Collyer |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DDEFENANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Pursuant to Fed R. Civ. P 6(b), defendant District of Columbia (hereinafter "District"), moves to enlarge the time to respond to plaintiff's discovery requests, and states as follows.

1. On or about May 5, 2008, plaintiff Greta Faison served her first set of discovery requests to the District.

2. On June 5, 2008, the parties had a conference call with the court to discuss the discovery schedule in this action.  During the call, the Court amended the discovery schedule and as per the amended discovery schedule, the District was directed to respond to plaintiff's discovery requests on or before June 26, 2008.  While the District has worked diligently to respond to plaintiff's discovery requests, it will not be able to respond to plaintiff's discovery request by the date set by the Court. This is due in part to the fact that many of the individuals who were employed with the District who would have had the requisite knowledge to respond to the plaintiff's discovery request  have since left the District's employ.

3. The District now respectfully requests that the Court enlarge its time for three (3) weeks, or until July 17, 2008, to respond to plaintiff's discovery requests pursuant to Fed R Civ P 6(b)(1). Rule 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is being filed prior to the expiration of the prescribed period and is for good cause shown.

4. Plaintiff will not be unduly prejudiced should the Court grant the requested relief. Wherefore, the District respectfully requests that the Court enlarge their time to respond to plaintiff's discovery requests.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division


    _/s/___Patricia Jones_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

        /s/   Eric S. Glover_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

### LCvR 7(m) CERTIFICATION

I hereby certify that on June 19, 2008, I contacted plaintiff's counsel to obtain his consent to this motion. Plaintiff's counsel informed the undersigned that he would not oppose this motion.

        /s/ Eric S. Glover_____
Eric S. Glover
Assistant Attorney General, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01447 (RMC) |
| vi. ) | Judge Rosemary Collyer |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

In support of its Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests, the District of Columbia relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed R Civ P. 6(b)(1).

3. The record herein.

4. Plaintiff's lack of opposition.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

        /s/_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GRETA FAISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-01447 (RMC) |
| vii. | ) | Judge Rosemary Collyer |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Upon consideration of the defendant District of Columbia's Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests, the Memorandum of Points and Authorities filed in support thereof, plaintiff's written opposition thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: the District shall respond to plaintiff's discovery requests on or before July 17, 2008.

  
  
_____
JUDGE,
United States District Court
for the District of Columbia