IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>　　Defendant. | C.A. No. 1:08-cv -0188 (RMC) |

### DISTRICT OF COLUMBIA'S RENEWED MOTION TO STRIKE PLAINTIFF'S EXPERT(S), AND/OR MOTION TO ENLARGE ITS TIME TO DESIGNATE AND DISCLOSE ITS 26(a)(2) STATEMENT

　　Defendant District of Columbia moves this Honorable Court, by and through undersigned counsel, and pursuant to LCvR 7, to strike Plaintiff's expert designations. Alternatively, the District moves pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge its time to time to designate its expert(s) and to disclose its 26(a)(2) statement(s). In support of this motion, the District refers this Court to the Memorandum of Points and Authorities, along with proposed Order which are attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　　　Acting Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　/s/ Patricia A. Jones＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　PATRICIA A. JONES
　　　　　　　　　　　　　　　　　　Chief, General Litigation Sec. IV

　　　　　　　　　　　　　　　　　　/s/ Eric S. Glover＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ERIC S. GLOVER [889741]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Sixth Floor North
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 442-9754; (202) 727-6295

## 7(m) CERTIFICATION

On July 15, 2008, I contacted plaintiff's counsel to obtain his consent to enlarge the time to designate and disclose its expert(s) in this litigation. As of the filing of this motion I have not received a response. On July 18, 2008, Patricia A. Jones, Chief, General Litigation Section IV, telephoned Plaintiff's counsel regarding the relief herein sought. Ms. Jones left a detailed message and asked that Mr. Branch call the undersigned regarding the relief sought by the District. As of the filing of this motion, the plaintiff has not consented to the requested relief.

/s/ Eric S. Glover_____
ERIC S. GLOVER [889741]
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRETA FAISON,<br><br>    Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | C.A. No. 1:08-cv -0188 (RMC) |

**DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS RENEWED MOTION TO STRIKE PLAINTIFF'S EXPERTS, ALATERNATIVELY, IT MOVES TO ENLARGE ITS TIME TO DESIGNATE AND DISCLOSE ITS 26(a)(2) STATEMENT**

　　　　The District of Columbia herein submits this memorandum of points and authorities and states the following in support of its motion:

　　　　1.　　Plaintiff, Greta Faison, has filed suit against the District of Columbia alleging that she was discriminated and retaliated against due to age during her employment with the District of Columbia.  *See* Complaint, generally.  Specifically, Plaintiff claims that while employed with the District of Columbia as a Child Support Enforcement Specialist in the Child Support Services Division, she was denied promotions because of her age. *Id*.

　　　　2.　　On June 5, 2008, the parties held a telephone conference with the Court to seek its assistance in resolving a discovery issue.  During the conference call, the Court amended the Scheduling Order in this action.  Pursuant to the amended Scheduling Order, the Defendant was ordered to provide Plaintiff with the employment applications of selectees previously requested by Plaintiff no later than June 26, 2008. *See* June 26, 2008, Docket Entry, generally.  The Plaintiff was ordered to file her 26(a)(2) Statement including the reports, curriculum vitae, W-9

3

and fee schedule of her expert(s) by July 10, 2008. *See id.* In response to Plaintiff's disclosed 26(a)(2) Statement, the District was to notify Plaintiff if it was going to designate an expert by July 21, 2008; depose Plaintiff's expert(s) by July 25, 2008, and designate its own expert(s), if it chose to, by August 13, 2008. *See id.*

3. On June 26, 2008, the District moved the Court to enlarge its time to respond to Plaintiff's discovery demands. *See* Docket Entry No. 15. That motion was granted on June 26, 2008. *See* Docket Entry, generally

4. On July 17, 2008, the District forwarded Plaintiff its Answers to her outstanding discovery requests. However, the District realized that no protective order was in place to govern the use of the requested confidential personnel records of the selectee, and thus filed a partial consent motion to govern the use of those records.[1] That personnel record is ready for production once the protective order has been approved.

5. Contrary to this Court's June 5, 2008, Order, Plaintiff has not filed her 26(a)(2) Statement, nor has she moved for relief to extend the time to make her disclosures in accordance with Rule 26(a)(2). See record herein. Therefore, the District is without the benefit of Plaintiff's disclosures pursuant to Rule 26(a)(2), is unable to depose expert(s), and cannot determine whether it needs expert testimony in this case.

6. The District herein renews its Motion to Strike Plaintiff's expert designations. As set forth in its previously filed Motion to Strike, Plaintiff's disclosures do not comply with Rule 26(a)(2). See Docket Entry #12. The District relies upon the arguments set forth in that motion as if fully set forth herein.

---

[1] Plaintiff also seeks the release of Plaintiff's supervisors' personnel records as well as the personnel records of the interview panel. The District opposes disclosure of those records.

7. Plaintiff has violated this Court's June 5, 2008, Order by failing to make her disclosures by July 10, 2008, as required by the Court, and has otherwise failed to move this Court for any relief. See record herein.

8. To the extent this Court believes that striking Plaintiff's experts and the accompanying reports is too harsh a sanction and provides Plaintiff with relief not otherwise requested, the District moves to enlarge the time to designate its own expert(s) within thirty (30) days of Plaintiff's designations made in accordance with Rule 26(a)(2).

9. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." The current deadline for the District to designate its expert(s) is July 21, 2008, to depose Plaintiff's expert(s) by July 25, 2008, and to designate its own expert(s) by August 13, 2008.

10. This motion is filed prior to the expiration of the prescribed periods and otherwise meets the requirements of Rule 6(b)(1).

**WHEREFORE**, the District of Columbia moves this Honorable Court to grant the District's Motion.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES
    Chief, General Litigation Sec. IV

/s/ Eric S. Glover_____
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA FAISON,<br><br>     Plaintiff,<br><br>     v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>     Defendant. | C.A. No. 1:08-cv -0188 (RMC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICTS' RENEWED MOTION TO STRIKE PLAINTIFF'S EXPERT(S), OR ALTERNATIVELY, MOTION TO ENLARGE ITS TIME TO DESIGNATE ITS EXPERT(S) AND FILE ITS 26(a)(2) STATEMENT, AND TO DEPOSE PLAINTIFF'S EXPERT(S)**

In support of its Renewed Motion to Strike Plaintiff's Expert Designations, or alternatively, Motion to Enlarge the Time to Designate its Experts, to Disclose its 26(a)(2) Statements, and to Depose Plaintiff's Expert(s), the District relies upon the following authorities:

1. Inherent Power of the Court;

2. Fed R. Civ. P. 6(b)(1);

3. Fed. R. Civ. P. 26(a)(2);

4. The record herein.

                    Respectfully submitted,

                    PETER J. NICKLES
                    Acting Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    ____/s/_____
                    PATRICIA A. JONES [428132]
                    Chief, General Litigation, Section IV

       /s/   Eric S. Glover_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9754 ; (202) 727-6295
(202) 727-3625 (fax)
eric.glover@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GRETA FAISON,

    Plaintiff,

v.

THE DISTRICT OF COLUMBIA,

    Defendant.

1:08-cv -0188 (RMC)

### ORDER

Upon consideration of the District of Columbia's Renewed Motion to Strike Plaintiff's Expert(s), Plaintiff's opposition thereto, if any, and the record herein, it is this ___ day of _____, 2008,

**ORDERED**: That the motion shall be, and the same is, hereby granted for the reasons set forth in the motion; and it is,

**FURTHER ORDERED:** That Plaintiff's experts are herein stricken and their opinions may not be used in this litigation for any purpose, including trial.

    **SO ORDERED.**

                                                                                                       _____
                                                                                                        JUDGE
                                                                                                        U.S. DISTRICT COURT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GRETA FAISON,

    Plaintiff,

v.

THE DISTRICT OF COLUMBIA,

    Defendant.

C.A. No. 1:08-cv -0188 (RMC)

**ORDER**

Upon consideration of the District of Columbia's Motion to Enlarge the Time to Designate Its Experts, and to Depose Plaintiff's Experts, Plaintiff's opposition thereto, if any, and the record herein, it is this ___ day of _____, 2008,

**ORDERED**: That the motion shall be, and the same is, hereby granted for the reasons set forth in the motion; and it is,

**FURTHER ORDERED:** That Plaintiff shall file its expert reports in accordance with Fed. R. Civ. P. 26(a)(2) within ten (10) days of this Order; and it is,

**FURTHER ORDREED:** That the District shall designate its expert(s) by September 14, 2008; and it is,

**FURTHER ORDERED:** All expert discovery shall be completed by October 21, 2008.

**SO ORDERED.**

_____
JUDGE
U.S. DISTRICT COURT JUDGE